IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALDIMAR G. WITT, ) | |
| ) | |
|    Petitioner, ) | Case No. CV03-552-S-EJL |
| ) | |
| vs. ) | **ORDER RE: CERTIFICATE** |
| ) | **OF APPEALABILITY** |
| STATE OF IDAHO, ) | |
| (under Warden J. Conway), ) | |
| ) | |
|    Respondent. ) | |
| _____ ) | |

Pending before the Court in this habeas corpus case are Petitioner's Notice of Appeal, construed as a request for a certificate of appealability, and other supporting motions for appeal.

Having considered the record in this case, the Court enters the following Order.

**I.**

**REQUEST FOR A CERTIFICATE OF APPEALABILITY**

A habeas petitioner who has been denied relief cannot appeal unless he has first obtained a certificate of appealability (COA). 28 U.S.C. § 2253(c)(1)(A); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). A COA will issue only when a petitioner has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To

**ORDER - 1**

satisfy this standard when a court has dismissed a petition or claims within a petition on procedural grounds, the petitioner must show that reasonable jurists would find debatable (1) whether the court was correct in its procedural ruling, and (2) whether the petition states a valid claim of the denial of a constitutional right. *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). When a district court has denied a petition or claims within a petition on the merits, the petitioner must show that reasonable jurists would find the court's decision on the merits to be debatable. *Slack,* 529 U.S. at 484 (2000). The COA standard "requires an overview of the claims in the habeas petition and a general assessment of their merits," but a court need not determine that the petitioner would prevail on appeal. *Miller-El*, 537 U.S. at 336.

In this case, the Court concluded that Petitioner's claims were procedurally defaulted and/or subject to denial on the merits. *See* Order at Docket No. 37. These decisions are amply supported by the facts in the state court record and by case law and are not reasonably debatable. As a result, the request for a COA will be denied. Petitioner is advised that he may request a COA from the Ninth Circuit Court of Appeals, pursuant to Federal Rule of Appellate Procedure 22(b). As a result of the denial of the COA, the Court finds that Petitioner's other pending motions are moot.

## II.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Notice of Appeal (construed as a request for a certificate of appealability) (Docket No. 39) is DENIED. The Clerk of Court is ordered to forward a copy of this Order and Petitioner's Notice of Appeal, together with the district court's case file, to the Ninth Circuit Court of Appeals.

IT IS FURTHER HEREBY ORDERED that Petitioner's Motion for Appointment of Counsel (Docket No. 40) is MOOT.

IT IS FURTHER HEREBY ORDERED that Petitioner's Motion to Proceed in Forma Pauperis on Appeal (Docket No. 41) is MOOT.

DATED: **May 12, 2005**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER - 3**